# United States Bankruptcy Court
## District of Arizona

In re  **Tempe Land Company, LLC**

_____
Debtor

Case No.  **2:08-bk-17587-JMM**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 380,750.20 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | 152,398,371.06 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 46,640,862.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 380,750.20 | | |
| Total Liabilities | | | | 199,039,233.99 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Tempe Land Company, LLC**                 Case No.   **2:08-bk-17587-JMM**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona** | **Fee simple** | - | **Unknown** | **152,398,371.06** |

|  | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Tempe Land Company, LLC**                                  Case No.  **2:08-bk-17587-JMM**
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mortgages Ltd. Construction Impound Account 4455 E. Camelback Rd., Phoenix, AZ 85018 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| | | | **Mortgages Ltd. Property Tax Impound Account 4455 E. Camelback Rd., Phoenix, AZ 85018 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| | | | **Mortgages Ltd. Interest Reserve Account 4455 E. Camelback Rd., Phoenix, AZ 85018 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| | | | **Mortgages Ltd. Interest Reserve Account 4455 E. Camelback Rd., Phoenix, AZ 85018 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| | | | **Johnson Bank Sweep Acct. 7774201026 3131 E. Camelback Rd., #100, Phoenix, AZ 85016 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| | | | **Johnson Bank Checking Acct. 1000914801 3131 E. Camelback Rd., #100, Phoenix, AZ 85016 (subject to lien of Mortgages Ltd.)** | - | 40,840.20 |
| | | | **First American Title Escrow Deposit Account 4800 N. Scottsdale Rd., #400, Scottsdale, AZ 85251 (subject to lien of Mortgages Ltd.)** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Arizona Public Service P. O. Box 53999, Phoenix, AZ 85072** | - | 316,910.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >    **357,750.20**
(Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Tempe Land Company, LLC**               Case No.  **2:08-bk-17587-JMM**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **Tempe Land Company, LLC**                Case No.   **2:08-bk-17587-JMM**

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential recovery from Gould Evans Architects regarding dispute over services and costs** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Mini Cooper** <br> **110 E. 7th Street, Tempe, AZ 85281** | - | **23,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

                                          Sub-Total >      **23,000.00**
                                        (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re   **Tempe Land Company, LLC**                              Case No.   **2:08-bk-17587-JMM**
_____                                 _____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Construction and engineering plans, drawings, surveys and related project materials (subject to lien of Mortgages Ltd.)** | - | **Unknown** |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **380,750.20** |
|  |  | (Report also on Summary of Schedules) |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Tempe Land Company, LLC**                                    Case No.   **2:08-bk-17587-JMM**
_____,                    _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **2008-0469128** | | | | | 05/28/08 | | | | | |
| **Accuduct Manufacturing, Inc.** c/o Llendata USA P. O. Box 1643 Woodinville, WA 98072 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | **9,968.00** | **Unknown** |
| Account No. **20080585929** | | | | | 07/02/08 | | | | | |
| **Aero Automatic Sprinkler Company** 21605 N. Central W Avenue Phoenix, AZ 85024 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | **504,892.65** | **Unknown** |
| Account No. **2008-0548460** | | | | | 02/29/08 | | | | | |
| **Airtex Mfg. Inc. dba Engineered Air** 32050 W. 83rd Street De Soto, KS 66018 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | **118,599.00** | **Unknown** |
| Account No. **20080833816** | | | | | 09/26/08 | | | | | |
| **Allan Windows Technologies, Ltd.** 131 Caldari Road Concord, ON Canada L4K3Z9 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | **369,493.00** | **Unknown** |

**9**  continuation sheets attached

Subtotal
(Total of this page)                     **1,002,952.65**          **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Tempe Land Company, LLC**                                          Case No. **2:08-bk-17587-JMM**
_____,
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **2008-0205934** | | | | | 03/07/08 | | | | | |
| **American Hintech** **P. O. Box 188** **Bountiful, UT 84011** | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | 83,237.05 | Unknown |
| Account No. **2008-0660215** | | | | | 7/29/08 | | | | | |
| **Arizona Partition, Inc.** **21601 N. 3rd Avenue, Ste. A** **Phoenix, AZ 85027** | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | 44,352.80 | Unknown |
| Account No. **2008-0553856** | | | | | 06/23/08 | | | | | |
| **Bell Steel, LLC** **335 S. Hamilton Court** **Gilbert, AZ 85233** | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | 24,552.00 | Unknown |
| Account No. **2008-0569072** | | | | | 06/27/08 | | | | | |
| **Bradford Products, LLC** **710 Sunnyvale Drive** **Wilmington, NC 28401** | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | 164,264.40 | Unknown |
| Account No. **2008-0846174** | | | | | 2008 | | | | | |
| **Ceco Concrete Construction** **7855 S. River Pkwy., #103** **Tempe, AZ 85284** | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $            **Unknown** | | | | 2,186,557.52 | Unknown |
| Sheet **1** of **9** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | Subtotal (Total of this page) | | | | 2,502,963.77 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Tempe Land Company, LLC**                                          Case No.    **2:08-bk-17587-JMM**
          _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **2008-0691697** | | | | | 08/07/08 | | | | | |
| **Central Cabinet & Supply LLC** **5555 W. Van Buren Rd., #250** **Phoenix, AZ 85008** | X | - | | | Mechanic's Lien <br><br>Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $        **Unknown** | | | | 407,747.47 | Unknown |
| Account No. **2008-0663165** | | | | | 07/30/08 | | | | | |
| **CLP Resources** **10539 Professional Circle, #200** **Reno, NV 89521** | X | - | | | Mechanic's Lien <br><br>Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $        **Unknown** | | | | 31,838.55 | Unknown |
| Account No. **2008-0967036** | | | | | 11/12/08 | | | | | |
| **Environmental Mechanical Equipment** **4611 S. 33rd Street** **Phoenix, AZ 85040** | X | - | | | Mechanic's Lien <br><br>Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $        **Unknown** | | | | 29,423.27 | Unknown |
| Account No. **2008-0710284** | | | | | 08/14/08 | | | | | |
| **Farnsworth Wholesale** **27 Baseline Road** **Gilbert, AZ 85233** | X | - | | | Mechanic's Lien <br><br>Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $        **Unknown** | | | | 103,194.14 | Unknown |
| Account No. **2008-0598390** | | | | | 01/31/07 | | | | | |
| **Gale Contractor Services** **7248 S. Harl, Suite 104** **Tempe, AZ 85283** | X | - | | | Mechanic's Lien <br><br>Real property and condominium project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $        **Unknown** | | | | 304,742.67 | Unknown |

Sheet **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        **876,946.10** | **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2008-0552258** | | | 11/13/07 | | | | | |
| **General Electric Company/GE Consumer Pro** 307 N. Hurstbourne Lane Louisville, KY 40222 | X | - | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | Value $       Unknown | | | | 464,551.00 | Unknown |
| Account No. **2008-09615571** | | | 04/08/08 | | | | | |
| **Gould Evans Associates, L.C.** 3136 N. 3rd Avenue Phoenix, AZ 85013 | X | - | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | Value $       Unknown | | | | 348,096.63 | Unknown |
| Account No. **20080647578** | | | 07/24/08 | | | | | |
| **Gould Evans Associates, L.C.** 3136 N. 3rd Avenue Phoenix, AZ 85013 | | - | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | Value $       Unknown | | | | 44,595.14 | Unknown |
| Account No. **xxxx-xxx8283** | | | 2008 | | | | | |
| **Gould Evans Associates, L.C.** 3136 N. 3rd Avenue Phoenix, AZ 85013 | X | - | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | | | |
| | | | Value $       Unknown | | | | 719,493.49 | Unknown |
| Account No. **2008-0611097** | | | 07/14/08 | | | | | |
| **Hajoca Phoenix/Hajoca Mesa** 4330 N. 43rd Avenue Phoenix, AZ 85031 | X | - | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | Value $       Unknown | | | | 342,985.46 | Unknown |

Sheet  **3**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    1,919,721.72    0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Tempe Land Company, LLC**                                        Case No.   **2:08-bk-17587-JMM**
_____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **2008-0560151** | | | | | 06/24/08 | | | | | |
| **Heritage Interiors** **2051 W. Phelps Road** **Phoenix, AZ 85023** | X | - | | | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **574,263.31** | **Unknown** |
| Account No. **2008-0560152** | | | | | 06/24/08 | | | | | |
| **Heritage Interiors** **2051 W. Phelps Road** **Phoenix, AZ 85023** | | - | | | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **1,297,944.87** | **Unknown** |
| Account No. **20080785060** | | | | | 09/10/08 | | | | | |
| **I.E.S. Commercial, Inc.** **945 W. Deer Valley Road, #1** **Phoenix, AZ 85027** | X | - | | | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **518,900.00** | **Unknown** |
| Account No. **20080785037** | | | | | 9/10/08 | | | | | |
| **I.E.S. Commercial, Inc.** **945 W. Deer Valley Road, #1** **Phoenix, AZ 85027** | | - | | | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **3,412,586.95** | **Unknown** |
| Account No. **2008-0679484** | | | | | 08/04/08 | | | | | |
| **JAZ Elevator Products, Inc.** **5611 S. 24th Street** **Phoenix, AZ 85040** | X | - | | | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | | | Value $          **Unknown** | | | | **44,233.51** | **Unknown** |

Sheet __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **5,847,928.64** | **0.00** |
|---|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Tempe Land Company, LLC**                                    Case No.   **2:08-bk-17587-JMM**
_____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **2008-0654576** | | | | 07/23/08 | | | | | |
| **Kenyon Plastering Inc.** **4001 W. Indian School Rd., Suite A** **Phoenix, AZ 85019** | X | - | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | Value $            Unknown | | | | 16,300.00 | Unknown |
| Account No. **2008-0956547** | | | | 11/05/08 | | | | | |
| **KX2 Holdings, LLC dba Climatec Bldg.** **10822 N. 23rd Avenue** **Phoenix, AZ 85039** | X | - | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | Value $            Unknown | | | | 53,624.32 | Unknown |
| Account No. **2008-0871363** | | | | 10/8/08 | | | | | |
| **Labor Temps** **6112 N. 27th Avenue** **Phoenix, AZ 85017** | X | - | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | Value $            Unknown | | | | 24,084.33 | Unknown |
| Account No. | | | | 8/25/08 | | | | | |
| **Maxim Crane Works** **4545 W. Van Buren** **Phoenix, AZ 85043** | X | - | | Stop Notice  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | Value $            Unknown | | | | 29,069.45 | Unknown |
| Account No. **Loan Nos. 857605 and 861905** | | | | 2007 and 2008 | | | | | |
| **Mortgages Ltd.** **4455 E. Camelback Road** **Phoenix, AZ 85018** | X | - | | Deeds of Trust  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona - SEE ADDENDUM TO THIS SCHEDULE D ATTACHED HERETO | | | X | | |
| | | | | Value $            Unknown | | | | 133,000,000.00 | Unknown |

Sheet **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 133,123,078.10 | 0.00 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Tempe Land Company, LLC**                                    Case No.   **2:08-bk-17587-JMM**
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. 20080734289 | | | | | | 08/22/08 | | | | | |
| Performance Contracting, Inc. 1020 W. Ranch Rd., #104 Tempe, AZ 85284 | X | - | | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | | Value $          Unknown | | | | 3,156,397.04 | Unknown |
| Account No. 2008-0732319 | | | | | | 08/21/08 | | | | | |
| Petillo Specialty Contracting, LLC 4805 E. Thistle Landing Dr., #110 Phoenix, AZ 85044 | X | - | | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | | Value $          Unknown | | | | 53,175.30 | Unknown |
| Account No. 2008-0796108 | | | | | | 05/27/08 | | | | | |
| Phoenix Scaffolding & Equipment Inc. 4143 E. Winslow Phoenix, AZ 85040 | X | - | | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | | Value $          Unknown | | | | 26,743.17 | Unknown |
| Account No. 2008-0551313 | | | | | | 03/31/06 | | | | | |
| Powers Steel & Wire Products, Inc. 4118 Elmwood Street Phoenix, AZ 85040 | X | - | | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | | Value $          Unknown | | | | 883,601.00 | Unknown |
| Account No. 2008-0679486 | | | | | | 08/04/08 | | | | | |
| Quality Mechanical Insulation P. O. Box 486 Morristown, AZ 85342 | X | - | | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | | Value $          Unknown | | | | 36,979.51 | Unknown |

Sheet  **6**  of  **9**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)         | 4,156,896.02 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re    **Tempe Land Company, LLC**                                    Case No.   **2:08-bk-17587-JMM**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **2008-0679487** | | | | | 08/04/08 | | | | | |
| **Quality Mechanical Insulation** **P. O. Box 486** **Morristown, AZ 85342** | | - | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $              Unknown | | | | 25,000.00 | Unknown |
| Account No. **2008-0679485** | | | | | 08/04/08 | | | | | |
| **Quality Mechanical Insulation** **P. O. Box 486** **Morristown, AZ 85342** | | - | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $              Unknown | | | | 23,359.00 | Unknown |
| Account No. **2008-0798801** | | | | | 09/16/08 | | | | | |
| **Rescue Air Systems, Inc.** **751 Laurel St., #416** **San Carlos, CA 94070** | X | - | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $              Unknown | | | | 38,508.00 | Unknown |
| Account No. **20008-0897835** | | | | | 10/17/08 | | | | | |
| **Safeguard Security and Communications** **16117 N. 76th Street** **Scottsdale, AZ 85260** | X | - | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $              Unknown | | | | 149,135.16 | Unknown |
| Account No. **2008-0718380** | | | | | 05/29/08 | | | | | |
| **Schindler Elevator Corporation** **20 Whippany Road** **Morristown, NJ 07962** | X | - | | | Mechanic's Lien  Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $              Unknown | | | | 461,071.93 | Unknown |

Sheet **7** of **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

697,074.09          0.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Tempe Land Company, LLC__                                    Case No. __2:08-bk-17587-JMM__
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **2008-0707656** | | | | | 06/26/08 | | | | | |
| **Schuck & Sons Construction, Inc.** 8205 N. 67th Avenue Glendale, AZ 85302 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $          **Unknown** | | | | **925,213.90** | **Unknown** |
| Account No. **20080927146** | | | | | 10/28/08 | | | | | |
| **SS Residential LLC** 3541 W. Lower Buckeye Road Phoenix, AZ 85009 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $          **Unknown** | | | | **677,096.92** | **Unknown** |
| Account No. **20080896486** | | | | | 10/17/08 | | | | | |
| **Sun Devil Iron, LLC** 18521 E. Queen Creek Rd., # 105-272 Queen Creek, AZ 85242 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $          **Unknown** | | | | **18,420.00** | **Unknown** |
| Account No. **20080636873** | | | | | 07/22/08 | | | | | |
| **Sun Valley Masonry, Inc.** 10828 N. Cave Creek Road Phoenix, AZ 85020 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $          **Unknown** | | | | **152,332.02** | **Unknown** |
| Account No. **2008-0685251** | | | | | 03/22/08 | | | | | |
| **Torrent Resources Inc.** 1509 E. Elwood Street Phoenix, AZ 85040 | X | - | | | Mechanic's Lien Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona | | | X | | |
| | | | | | Value $          **Unknown** | | | | **20,750.00** | **Unknown** |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) ............ **1,793,812.84** | **0.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Tempe Land Company, LLC**                                    Case No. __2:08-bk-17587-JMM__
_____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Stop Notice** | | | | | |
| **Total Metals** **2025 S. Airport Blvd.** **Chandler, AZ 85249** | X | - | **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | Value $          **Unknown** | | | | 250,532.90 | Unknown |
| Account No. 20080679364 | | | 08/04/08 | | | | | |
| **Trafficade Service, Inc.** **2533 W. Holly Street** **Phoenix, AZ 85009** | X | - | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | Value $          **Unknown** | | | | 3,932.45 | Unknown |
| Account No. 2008-0535140 | | | 06/17/08 | | | | | |
| **United Metal Products** **1920 E. Encanto Drive** **Tempe, AZ 85281** | X | - | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | Value $          **Unknown** | | | | 21,120.00 | Unknown |
| Account No. 2008-0519217 | | | 11/20/07 | | | | | |
| **W.J. Maloney Plumbing Co., Inc.** **9119 N. 7th St., #103** **Phoenix, AZ 85020** | X | - | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | Value $          **Unknown** | | | | 182,774.10 | Unknown |
| Account No. | | | 11/16/07 | | | | | |
| **Winroc** **4225 W. Glenrosa** **Phoenix, AZ 85019** | X | - | **Mechanic's Lien** **Real property and condominum project located at 111-121 W. 6th Street, Tempe, Arizona** | | | X | | |
| | | | Value $          **Unknown** | | | | 18,637.68 | Unknown |

Sheet  **9**   of  **9**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 476,997.13 | 0.00 |
| Total (Report on Summary of Schedules) | 152,398,371.06 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

TEMPE LAND COMPANY, LLC

**ADDENDUM TO SCHEDULE D - SECURED CREDITORS
BENEFICIARIES OF DEED OF TRUST**

*The below information was obtained from Magnus
Title Company. Debtor does not guarantee its
accuracy or completeness.*

| Name | Original Investment | Variation | Current Investment |
|---|---|---|---|
| Aaron D. Levine M.D., Trustee of the Aaron David Levine, M.D. Keogh Plan | 0.2 | 0.2 | 0 |
| Aaron D. Levine, Trustee of the Aaron D Levine Revocable Trust | 0.222 | 0.126 | 0.096 |
| Achen Contractors, L L.C, an Arizona limited liability company | 0.045 | 0.042 | 0.003 |
| Achen-Gardner Engineering L L.C, an Arizona limited liability company | 0.937 | 0.937 | 0 |
| AJ Chandler 25 Acres, an Arizona limited liability company | 0.445 | 0.447 | -0.002 |
| Alan Bandler and Terri L. Bandler, husband and wife | 0.329 | 0.329 | 0 |
| Alice Dworkin, Trustee of the Alice Dworkin Revocable Trust | 0.089 | 0.089 | 0 |
| AMH Investments, LLC, an Arizona limited liability company | 0.178 | 0.178 | 0 |
| Amnon Kahane and Galia Kahane, husband and wife | 0.025 | 0.025 | 0 |
| Amy O. Johnson, Trustee of the Amy O Johnson Revocable Living Trust | 0.206 | 0.206 | 0 |
| Ann Bledsoe, an unmarried woman | 0.051 | 0.051 | 0 |
| Ann H Flaherty, Trustee of the Ann H Flaherty Trust | 0.043 | 0.015 | 0.028 |
| Arizona Bank & Trust, Custodian FBO Judy D. Windisch, SEP IRA Acct #A5XXXX | 0.062 | 0.022 | 0.04 |
| Art Bohm and Judi Bohm, husband and wife | 0.178 | 0.178 | 0 |
| Ashley M Coles, Trustee of the Ashley M Coles Family Trust | 0.206 | 0.206 | 0 |
| Aviva Gold, an unmarried woman | 0.039 | 0.001 | 0.038 |
| Barbara Haber, Trustee of The B.H Revocable Trust | 0.102 | 0.102 | 0 |
| Barness Investment Limited Partnership, an Arizona limited partnership | 0.563 | 0.562 | 0.001 |
| Barry Zemel, Trustee of the Barry Zemel, CPA, P.C Money Purchase Pension Plan and Trust | 0.408 | 0.022 | 0.386 |
| Baseline and Val Vista Limited Partnership, an Arizona limited partnership | 1.698 | 1.346 | 0.352 |
| Bear Tooth Mountain Holdings Limited Partnership, an Arizona limited liability partnership | 1.089 | 1.09 | -0.001 |

| Name | | | |
|---|---|---|---|
| Bighi & Associates, an Arizona limited partnership | 1.579 | 1.579 | 0 |
| Brett L. Price, an unmarried man | 0.081 | 0.005 | 0.076 |
| Brett M. McFadden, a single man | 0.449 | 0.449 | 0 |
| Bruce J Etkin, Trustee of the Bruce Etkin Revocable Living Trust Agreement | 0.075 | 0.075 | 0 |
| Burchcraft Corporation, a Colorado corporation | 0.064 | 0.064 | 0 |
| C. Wayne Freeman and Diane J. Freeman | 0.108 | 0.109 | -0.001 |
| Carmine Strolla, husband of Kathryn Strolla | 0.049 | 0.049 | 0 |
| Carol A. Mahaklan and Allen B. Bickart | 0.239 | 0.239 | 0 |
| Carolyn Popkins, Trustee of the Carolyn Popkins Family Trust Survivors Trust | 0.076 | 0 | 0.076 |
| Charles Goldstein, M.D., Trustee of the Charles Goldstein Emergency Services, P.C. Section 401(k) Profit Sharing Plan and Trust Agreement | 0.04 | 0.002 | 0.038 |
| Charles P Hurwich, Trustee under the Charles P. Hurwich Trust Agreement | 0.525 | 0.525 | 0 |
| Cheryl A Brady, Trustee of the Cheryl A. Brady Trust | 0.05 | 0.05 | 0 |
| Christa Donaldson, a widow | 0.042 | 0.042 | 0 |
| Christopher J Olson, Custodian for Luke Ryan Schwartz-Olson, under the Unifrom Gift of Minors Act | 0.012 | 0.003 | 0.009 |
| Corn Investments, L.L.C., an Arizona limited liability company | 0.652 | 0.652 | 0 |
| Cornerstone Realty & Development, Inc., an Arizona corporation | 0.074 | 0.076 | -0.002 |
| Craig A and Lauri T Forte, Trustees of the Forte Family Revocable Trust | 0.445 | 0.451 | -0.006 |
| Daniel F. Gruender, Trustee of the DFG Really and Management, Inc Profit Sharing Plan | 0.039 | 0.001 | 0.038 |
| Daniel M Kingston and Emily C. Kingston, husband and wife | 0.098 | 0.098 | 0 |
| Daniel S Lackey, husband of Vanessa M Christiansen | 0.064 | 0.064 | 0 |
| David C Gudmundsen and Melanie L. Gudmundsen, husband and wife | 0.079 | 0.003 | 0.076 |
| David Furst and Hannah Furst, Trustees of the Furst Family Trust | 0.025 | 0.025 | 0 |
| David Furst, Trustee of the DHF Corporation Retirement Trust | 0.025 | 0.025 | 0 |
| David L LaMantia and Leeann C LaMantia, husband and wife | 0.069 | 0.069 | 0 |
| David Moreland and Kristy Moreland, husband and wife | | 0.002 | -0.002 |
| Debra M. Gelbart, wife of Steven Gelbart | 0.083 | 0.045 | 0.038 |

| | | | |
|---|---|---|---|
| Delbert R. Lewis, Jr. and Heather N. Lewis, Trustees of the Delbert R. Lewis Jr Family Trust | 0.831 | 0.083 | 0.748 |
| Delery Guillory, a married man | 3.36 | 3.36 | 0 |
| Diane J. Freeman, a widowed woman | 0.048 | 0.002 | 0.046 |
| Donald B. Robertson, Trustee of the Donald B Robertson, D.D.S, P.C. Employees' Profit Sharing Plan and Trust | 0.187 | 0.187 | 0 |
| Donna J. McGregor, an unmarried woman | 0.244 | 0.079 | 0.165 |
| Dorothy Jeanne Davis, Trustee of the Dorothy Jeanne Davis Revocable Trust | 0.079 | 0.027 | 0.052 |
| Douglas A. Dragoo and Elizabeth J. Dragoo, Trustees of the Douglas A and Elizabeth J. Dragoo Family Trust | 0.404 | 0.404 | 0 |
| Echo International, L.L.C., an Arizona limited liability company | 0.321 | 0.42 | -0.099 |
| Elizabeth Ann Bitters, an unmarried woman | 0.034 | 0.034 | 0 |
| Eric Piatkowski and Kristin Piatkowski, husband and wife | 0.081 | 0.005 | 0.076 |
| Eva A. Sperber-Porter, wife of Mark D Svejda | 1.471 | 1.399 | 0.072 |
| Evertson Oil Company, Inc., a Utah corporation | 0.523 | 0.523 | 0 |
| Ezra Rable and Marilyn Rable, husband and wife | 0.178 | 0.178 | 0 |
| Fastak Enterprises, L.L.C., an Arizona limited liability company | 0.141 | 0.141 | 0 |
| Fiduciary Investment Services, Inc., an Arizona corporation | 0.019 | 0.004 | 0.015 |
| First Trust of Onaga, Custodian FBO Debra Gelbart IRA #41021XXXXX | 0 | 0.008 | -0.008 |
| First Trust of Onaga, Custodian FBO Ira L Morton IRA #41021XXXXX | 0.028 | 0.001 | 0.027 |
| First Trust of Onaga FBO Kurt J. Kiesling IRA#41021XXXXX | 0.04 | 0.022 | 0.018 |
| First Trust of Onaga FBO Scott M. Coles IRA Acct. #41021XXXXX | 0.767 | 0.767 | 0 |
| First Trust of Onaga, Custodian FBO Louis R. Vazquez IRA #41021XXXXX | 0.239 | 0.239 | 0 |
| Francess J. Gibbons, an unmarried woman | 0.052 | 0.052 | 0 |
| Francine Friedman and Harvey Friedman, wife and husband | 0.053 | 0.052 | 0.001 |
| Francine L. Coles, Trustee of the FLC Revocaable Trust | 0.035 | 0.035 | 0 |
| Fred Horne, husband of Audrey Horne | 0.067 | 0.067 | 0 |
| Frederick A. Taunton and Dale C. Taunton, Trustees of the Taunton Family Trust | 0.16 | 0.009 | 0.151 |
| G3 Investments Limited Partnership, an Arizona limited partnership | 0.162 | 0.086 | 0.076 |

| | | | |
|---|---|---|---|
| Gary J Brown and Robin M Brown, husband and wife | 0.95 | 0.057 | 0.893 |
| Gerald Appell, Trustee of the Appell Family Trust | 0.098 | 0.036 | 0.062 |
| Gerald Brown, Jr , husband of Jessica M Brown | 0.06 | 0.061 | -0.001 |
| Harold F Carden and Lois P. Carden, husband and wife | 0.001 | 0.066 | -0.065 |
| Harold J. Christ, Ltd., an Arizona corporation | 0.324 | 0.188 | 0.136 |
| Harold Katz, Co-Trustee or Sheila Katz, Co-Trustee of the Revocable Inter Vivos Trust | 0.022 | 0.022 | 0 |
| Harvey Gaffen, Trustee of the Harvey Gaffen Amended and Restated Revocable Insurance Trust Agreement | 0.078 | 0.002 | 0.076 |
| Herbert L.Sperber and Janice W Sperber, Trustees of The Sperber Family Trust Agreement | 0.165 | 0.165 | 0 |
| Holcan Securities, Inc., an Arizona corporation | 0.516 | 0.516 | 0 |
| Honeylou C. Reznik, Trustee of the Morris Reznik and Honeylou C. Reznik Trust | 1.78 | 1.78 | 0 |
| Hoots Family Investments, Limited Partnership | 0.388 | 0.199 | 0.189 |
| Ira Gaines, Trustee of the Paradise Wire and Cable Defined Benefit Pension Plan | 0.496 | 0.495 | 0.001 |
| Ira Morton and Debra Gelbart | 0.052 | 0.052 | 0 |
| Iris Cashdan-Fishman | 0.13 | 0.191 | -0.061 |
| J Paul Rhodes, Trustee of the J. Paul Rhodes Living Trust | 0.89 | 0.89 | 0 |
| J Richard Swenson and Linda Swenson, husband and wife | 0.089 | 0.089 | 0 |
| Jacob Grover and Stacey Grover, Trustees of the Jacob and Stacey Grover Trust | 0.152 | 0.001 | 0.151 |
| James Barrington and Janet Barrington, husband and wife | 0.06 | 0.06 | 0 |
| James C. Schneck, Trustee of the James C Schneck Revocable Trust | 0.694 | 0.691 | 0.003 |
| James L. Klatt, an unmarried man | 0.064 | 0.064 | 0 |
| Jan M Sterling, Trustee of the Jan M Sterling Living Trust | 0.897 | 0.895 | 0.002 |
| Jane E Fogt and David L Fogt, Trustees of the Fogt Family Living Trust | 0.052 | 0.052 | 0 |
| Jean Bohm, Trustee of the Jean Bohm Family Trust | 0.134 | 0.034 | 0.1 |
| Jeffery M. Quinney, a single man | 0.197 | 0.197 | 0 |
| Jerry Wood and Kerri Wood, husband and wife | 0 | 0.155 | -0.155 |
| Joan W. Martin, wife of Roger W. Martin | 0.055 | 0.055 | 0 |

| | | | |
|---|---|---|---|
| John A. Luginbill and Susan G. Luginbill, Trustees of the Family Trust of John Alan Luginbill and Susan Gall Luginbill | 0.356 | 0.356 | 0 |
| John C. Callow and Leslie Callow, Trustees of the Callow Family Trust | 0.06 | 0.06 | 0 |
| John P. Putnam and Maricele Putnam, husband and wife | 0.026 | 0.026 | 0 |
| John Schroeder, Trustee of the Mildred Shaw Living Trust | 0.06 | 0.06 | 0 |
| Jolene S. Gibson, Trustee of Jolene S Gibson Revocable Inter-Vivos Trust of 1999 | 0.06 | 0.135 | -0.075 |
| Jon Bliven and Linda Bliven, husband and wife | 1.314 | 0.454 | 0.86 |
| Joseph Lee and Sharon M. Halliday, Trustees, under the Lee Halliday Living Trust | 0.426 | 0.426 | 0 |
| Joy Schechtman, Trustee of the Tuber Family Revocable Living Trust | 0.04 | 0.04 | 0 |
| Julia Lynn Wesley, Trustee of the Julia Wesley Trust | 0.12 | 0.12 | 0 |
| Karen Carden, an unmarried woman | 0 | 0.005 | -0.005 |
| Karen E. Chopra, Trustee of the Karen E. Chopra Living Trust | 0.897 | 0.897 | 0 |
| Karen G. Kravitz and Kenneth L. Kravitz, Trustees of the Kravitz Family Trust | 0.557 | 0.828 | -0.271 |
| Karnail Dhillon and Harbhajan Dhillon, husband and wife | 0.097 | 0.002 | 0.095 |
| Kenneth J. Held and Eva M. Held, Trustees of the Held Revocable Trust Agreement | 0.398 | 0.019 | 0.379 |
| Kim S. Westberg and LaVerne Westberg, husband and wife | 0.101 | 0.101 | 0 |
| Kimberly K. Longhurst, an unmarried woman | 0.017 | 0.005 | 0.012 |
| Kimberly Westberg and LaVerne Westberg, Trustees of the Westberg Family Trust | 0.086 | 0.086 | 0 |
| Kurt R. Popkins and Carrie L. Popkins, husband and wife | 0.122 | 0.008 | 0.114 |
| L.L.J. Investments, L L C, an Arizona limited liability company A | 2.513 | 2.513 | 0 |
| L.L.J Investments, L L C., an Arizona limited liability company B | 1.281 | 1.281 | 0 |
| L.L.J. Investments, L L C., an Arizona limited liability company C | 1.334 | 1.334 | 0 |
| Land Pointe Apartments LLC, an Arizona limited liability company | 0.133 | 0.038 | 0.095 |
| Larry E. Shermer, Trustee of the Shermer Family Trust | 0.12 | 0.12 | 0 |
| Lawrence W. DeSanto, Trustee of the Lawrence W. DeSanto Trust | 0.056 | 0.056 | 0 |

| | | | |
|---|---|---|---|
| Lawrie Porter, Trustee of the Lawrie Porter Family Trust | 0.048 | 0.003 | 0.045 |
| Leah L Lewis, Trustee of the Leah L Lewis Trust | 0.895 | 0.895 | 0 |
| Lee Alan Cowles and Catherine Mary Cowles, Trustees of the Cowles Family Revocable Living Trust | 0.026 | 0.026 | 0 |
| Leesa Speer Barish and Joseph Barish, husband and wife | 0.046 | 0.046 | 0 |
| Lisa Khan and Ali Khan, wife and husband | 1.692 | 1.692 | 0 |
| Litchfield Road Associates Ltd , an Arizona limited partnership | 0.046 | 0.008 | 0.038 |
| Lizhu Lu, wife of Youzhi Tang | 0.565 | 0.3 | 0.265 |
| Lonnie Joel Krueger, Trustee of the Lonnie Joel Krueger Family Trust Agreement | 0.269 | 0.27 | -0.001 |
| Lorinda S. McMullen and Laura Martini | 0.445 | 0.369 | 0.076 |
| Louis B. Murphey, an unmarried man | 0.962 | 0.962 | 0 |
| Louis Iorio and Cynthia R. Iorio, husband and wife | 0.028 | 0.028 | 0 |
| Louis R Vazquez, M D , Trustee of the Louis R. Vazquez, M D , Inc Profit Sharing Plan and Trust | 0.413 | 0.413 | 0 |
| Mack K. Bandler and Loren J Bandler, husband and wife | 0.158 | 0.158 | 0 |
| Malcolm Jozoff, Trustee of the Malcolm Jozoff Trust | 0.261 | 0.261 | 0 |
| Mark Saperstein, a single man | 0.139 | 0.101 | 0.038 |
| Marlowe J. Lancaster and Shirley J Lancaster, Co-Trustees, U A. dated June 27, 1990, FBO The Marlowe J. Lancaster and Shirley C. Lancaster Family Trust | 0.055 | 0.002 | 0.053 |
| Matthew Gerson and Marla Gerson, husband and wife | 0.016 | 0.016 | 0 |
| Matthew T. Clark, a widowed man | 0.064 | 0.064 | 0 |
| Maurice J Lazarus, husband of Marjorie A Lazarus | 0.1 | 0.1 | 0 |
| Maurice J. Mintzer, a single man | 0.339 | 0.339 | 0 |
| Melvin L. Dunsworth, an unmarried man | 0.06 | 0.06 | 0 |
| Melvin L Dunsworth, Jr., Trustee of the Revocable Living Trust of Melvin Dunsworth, Jr. | 2.035 | 2.035 | 0 |
| Melynda B Shirts, Custodian for Rushton Shirts under the Uniform Gift to Minors Act | 0.004 | 0.004 | 0 |
| Mendel N. Nudelman, husband of Dena Nudelman | 0.178 | 0.178 | 0 |
| Michael Johnson Investments II, L L C , an Arizona limited liability company | 0.535 | 0.536 | -0.001 |
| Michael M Denning and Donna J Denning, husband and wife | 0.098 | 0.024 | 0.074 |
| Michael P. Connolly, a single man | 0.152 | 0.179 | -0.027 |

| | | | |
|---|---|---|---|
| Michael S. Gurvey and Marlana S. Gurvey, Trustees of the Michael and Marlana Gurvey Family Trust | 0.048 | 0.09 | -0.042 |
| Minas Zistatsis, an unmarried man | 0.218 | 0.218 | 0 |
| Monte A. Swanberg, TTEE of The M.A. Swanberg, D.D.S., Inc. Profit Sharing 401(k) Plan & Trust | 0.163 | 0.163 | 0 |
| Morley Rosenfield, Trustee of the Morley Rosenfield, M.D. P.C. Restated Profit Sharing Plan | 0.693 | 0.693 | 0 |
| Morris A. Kaplan, Trustee of Goldman and Kaplan Ltd. Defined Benefit Plan | 0.088 | 0.051 | 0.037 |
| Mortgages Ltd. Commercial Capital, L.L.C., an Arizona limited liability company | 0.121 | 0.121 | 0 |
| Mortgages Ltd. Opportunity Fund MP12 L.L.C., an Arizona limited liability company | 1.567 | 0.809 | 0.758 |
| Mortgages Ltd. Opportunity Fund MP13 L.L.C., an Arizona limited liability company | 0.397 | 0.233 | 0.164 |
| Mortgages Ltd. Opportunity Fund MP14 L.L.C., an Arizona limited liability company | 1.072 | 0.632 | 0.44 |
| Mortgages Ltd. Opportunity Fund MP15 L.L.C., an Arizona limited liability company | 18.937 | 12.984 | 5.953 |
| Mortgages Ltd. Opportunity Fund MP16 L.L.C., an Arizona limited liability company | 1.398 | 0.83 | 0.568 |
| Mortgages Ltd. Opportunity Fund MP17 L.L.C., an Arizona limited liability company | 9.972 | 6.529 | 3.443 |
| Mortgages Ltd. Title Agency, L.L.C., an Arizona limited liability company | 0.076 | 0.076 | 0 |
| Mortgages Ltd., an Arizona Corporation | 212.609 | 141.083 | 71.526 |
| MP062011 L.L.C., an Arizona limited liability company | 12.939 | 11.468 | 1.471 |
| MP122009 L.L.C., an Arizona limited liability company | 9.574 | 7.735 | 1.839 |
| MP122030 L.L.C., an Arizona limited liability company | 30.479 | 26.603 | 3.876 |
| Nadine E. Cummins, an unmarried woman | 0.032 | 0.008 | 0.024 |
| Neal Cohen and Sally Cohen, husband and wife | 0.378 | 0.378 | 0 |
| Neola Sliker Fornal, Trustee of the Neola Fornal Trust | 0.05 | 0.05 | 0 |
| New Hope Partners, L.L.C., an Arizona limited liability company | 0.89 | 0.89 | 0 |
| Norman Dreyfuss, an unmarried man, and Mary Finkbiner, a widow | 0.158 | 0.158 | 0 |

| | | | |
|---|---|---|---|
| Paradise Lane Properties, LLC, an Arizona limited liability company | 0.038 | 0 | 0.038 |
| Paul L. Liebe, an unmarried man | 0.11 | 0.11 | 0 |
| Peachtree Mortgage Ltd., an Arizona corporation | 0.379 | 0.379 | 0 |
| Penny Hardaway Investments, L L C , an Arizona limited liability company | 0.695 | 0.369 | 0.326 |
| Pueblo Sereno Mobile Home Park L.L.C , an Arizona limited liability company | 1.248 | 1.246 | 0.002 |
| Queen Creek XVIII, L.L.C , an Arizona limited liability company | 2.671 | 2.673 | -0.002 |
| Radical Bunny L.L.C., an Arizona limited liability company | 1.759 | 0.623 | 1.136 |
| Rainbow Country Limited Partnership, an Arizona limited partnership | 0.099 | 0.024 | 0.075 |
| Ralph Ponce de Leon, Trustee of the Ralph Ponce de Leon Living Trust Agreement | 0.135 | 0.135 | 0 |
| Randi F Sherman, Trustee of the Randi F Sherman Family Trust | 0.192 | 0.192 | 0 |
| Realty, Ltd, an Arizona corporation | 0.039 | 0.039 | 0 |
| Richard Macintyre, a single man | 0.053 | 0.053 | 0 |
| Richard Stone and Judith Stone, husband and wife | 0.445 | 0.445 | 0 |
| RMA Rental and Leasing, L L.P , an Arizona limited liability partnership | 2.768 | 2.768 | 0 |
| Robert B. Bally, Trustee of the Robert B. Bally Trust and Jerald K. Stinebiser, Trustee of the Jerald K. Stinebiser Trust | 0.209 | 0.249 | -0.04 |
| Robert Burnside and Janet Burnside, husband and wife | 0.04 | 0.04 | 0 |
| Robert C. Swaback and Gaye J. Swaback, Trustees of the Swaback Family Trust | 0.769 | 0.769 | 0 |
| Robert G. Furst, Trustee of the Robert G Furst & Associates Defined benefit Pension Plan | 0.1 | 0.1 | 0 |
| Robert J Nimmer and Diana M. Nimmer, husband and wife | 0.14 | 0.149 | -0.009 |
| Robert L. Barnes, Jr. a single man | 0.09 | 0.045 | 0.045 |
| Robert M Adams and Christine K. Adams, Trustees, Schedule A Property, under the R and C Adams Family Trust | 0.069 | 0.031 | 0.038 |
| Robert M. Adams, Trustee, Schedule B Property, under the R and C Adams Family Trust | 0.039 | 0.001 | 0.038 |
| Robert M Facciola, Trustee of Robert Maurice Facciola Trust | 2.226 | 2.237 | -0.011 |
| Roger W Bolduc, Trustee of the Bolduc and Son Profit Sharing Plan | 0.091 | 0.091 | 0 |
| Ronald L. Kohner, an unmarried man | 0.534 | 0.534 | 0 |

| | | | |
|---|---|---|---|
| Ronald M. Anatole, Trustee of the Ronald M. Anatole Family Trust Agreement | 0.12 | 0.054 | 0.066 |
| Rosario R. Genova, a single man as to a 75% interest and Michael Lutman, a single man as to a 25% interest | 0.225 | 0.225 | 0 |
| Russell P. Douse, husband of Jean Douse | 0.064 | 0.064 | 0 |
| Ryan P. Walter and Jeanne M. Walter, husband and wife | 0.054 | 0.054 | 0 |
| S M Coles, L.L.C., an Arizona limited liability company | 2.391 | 0.488 | 1.903 |
| Samuel Mason and Barbara Mason, Trustees of the Mason Family Trust | 0.098 | 0.098 | 0 |
| Sara Nosanchuk, wife of Eric Hesse | 0.073 | 0.128 | -0.055 |
| Sarah A. Lisa-Petrauschke, a single woman, and Brian M. Petrauschke, husband and wife | 0.011 | 0.005 | 0.006 |
| Scott and Ashley Coles Charitable Foundation, Inc., an Arizona non-profit corporation | 0.049 | 0.049 | 0 |
| Scott M. Coles, Custodian for Haley Brooke Coles under the Uniform Gift to Minors Act | 0.006 | 0.006 | 0 |
| Scott M. Coles, custodian for Zachary Adam Coles under the Uniform Gift to Minors Act | 0.001 | 0.003 | -0.002 |
| Scott M. Coles, Trustee of the Marshall C. Donaldson Testamentary Trust | 0.107 | 0.061 | 0.046 |
| Scott M Coles, Trustee of The Mortgages Ltd. 401(K) Plan | 0.647 | 0.647 | 0 |
| Scott M. Coles, Trustee of the Scott M Coles Trust | 0.135 | 0.078 | 0.057 |
| Scott M. Coles, Trustee of the SMC Revocable Trust | 0.23 | 0.23 | 0 |
| Sheldon S. Kabaker, M.D. and Marcia B. Kabaker, husband and wife | 0.097 | 0.097 | 0 |
| Sherman H. Saperstein and Linda E. Saperstein, husband and wife | 0.041 | 0.003 | 0.038 |
| Shirley A. Cannon, wife of Arthur E. Cannon | 0.101 | 0.102 | -0.001 |
| Shlomo Lanciano and Grazia Lanciano, Trustees of the HAGYS Trust | 0.132 | 0.132 | 0 |
| Silvia Bighi, Trustee of the Bighi Family Bypass Irrevocable Trust | 0.038 | 0.038 | 0 |
| Solomon 7 Investments, L.L.P., a Nevada limited liability partnership | 0.168 | 0.166 | 0.002 |
| State Avenue Group, L.L.C., an Arizona limited liability company | 0.089 | 0.089 | 0 |
| State Avenue Investments VI, L.L.C., an Arizona limited liability company | 0.184 | 0.186 | -0.002 |
| Stephen B. Howell, M.D., Trustee of the Stephen B. Howell, M.D. Combination Retirement Trust | 0.523 | 0.522 | 0.001 |

| | | | |
|---|---|---|---|
| Steve Gubin and Helen Gubin, Trustees of the Gubin Family Trust Agreement | 2.044 | 2.044 | 0 |
| Steven H. Gelbart and Debra M. Gelbart, husband and wife | 0.028 | 0.028 | 0 |
| Sun Valley Arthritis Center, Ltd , an Arizona corporation | 0.069 | 0.069 | 0 |
| Sunco Holdings, Inc., an Arizona corporation | 0.089 | 0.089 | 0 |
| Terrance A. Hill and Lydia P. Hill, husband and wife | 0.052 | 0.052 | 0 |
| The Good-Ward Corporation, a Washington State corporation | 1.087 | 1.087 | 0 |
| The Steele Foundation, Inc., an Arizona non-profit corporation | 0.712 | 0.712 | 0 |
| TLC Holdings Limited Liability Company, an Arizona limited liability company | 0.058 | 0.058 | 0 |
| Tom Crimmins, Trustee, or Judith Crimmins, Trustee of The TC Development, Inc., Money Purchase Pension Plan | 0.092 | 0.092 | 0 |
| Tommy D Crimmins, Trustee, or Judith Crimmins, Trustee of the Crimmins Family Revocable Trust | 0.267 | 0.267 | 0 |
| Trine Holdings, L.L C., an Arizona limited liability company | 0.936 | 0.932 | 0.004 |
| Tuscany-Podere Concezione, L L.C., an Arizona limited liability company | 0.827 | 0.827 | 0 |
| Tyler David Harcus By Barry J. Harcus, UGMA | 0.009 | 0.015 | -0.006 |
| Verma Kataria Mortgage Investment L L C., an Arizona limited liability company | 2.315 | 1.35 | 0.965 |
| Viola Cirio, Trustee under the Cirio Charitable Remainder Unitrust | 0.149 | 0.149 | 0 |
| W. Scott Schirmer, Trustee of the WSS 048 Trust | 0.381 | 0.381 | 0 |
| We-Ka-Jassa Fund, L.L.C., an Arizona limited liability company | 0.321 | 0.321 | 0 |
| Weksler-Casselman Investments, an Arizona general partnership | 0.832 | 0.832 | 0 |
| William C Lewis, Trustee of the William C. Lewis Trust | 4.154 | 4.157 | -0.003 |
| William L. Hawkins Family L.L P , an Arizona limited liability partnership | 0.833 | 0.833 | 0 |
| William R Jones Jr. and Ellen M Jones, Capital Trustees of William and Ellen Jones Family Trust | 0.165 | 0.165 | 0 |
| William R Jones, Jr., Husband of Ellen M Jones | 0.178 | 0.178 | 0 |
| WMS Fixed Income Fund I, L L C., an Arizona limited liability company | 0.921 | 0.706 | 0.215 |

| | | | |
|---|---|---|---|
| Yan Zhu and Yuanda R. Cheng, husband and wife | 0.064 | 0.064 | 0 |
| Yi Yang and Clement M. Tang, wife and husband | 0.089 | 0.051 | 0.038 |
| Yuval Caine and Mirit Caine, husband and wife | 0.139 | 0.138 | 0.001 |
| | | | |
| | | | 100.682 |