**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Dale D. Ulrich, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| TEMPE LAND COMPANY, LLC dba Centerpoint Condominiums, | No. 2:08-bk-17587-JMM |
| | **TRUSTEE'S REPORT OF SALE** |
| Debtor. | |

Dale D. Ulrich, Trustee, by and through his attorneys undersigned, herein reports that pursuant to this Court's Order Authorizing Trustee to Sell Property of the Estate – Litigation and Causes of Auction dated June 23, 2010, Trustee has sold property of this Estate as follows:

Property: Estate's interest and rights in and to pursue adversary case no. 2:08-ap-912-JMM pending in the United States Bankruptcy Court for the District of Arizona and all of the Estate's interest and rights in and to all causes of actions available to be brought by the Trustee on behalf of the Estate, including but not limited to Chapter 5 causes of action, including any and all of the Estate's defenses, setoffs, counterclaims, crossclaims and other rights, subject to all liens, claims, encumbrances, claims, defenses and interests of parties.

Sale Price: Four Million Eight Hundred Fifty Thousand Dollars ($4,850,000.00).

Purchaser: ML Manager, LLC.

RESPECTFULLY SUBMITTED this 13th day of July, 2010.

LANE & NACH, P.C.

By /s/ MPL 007435
    Michael P. Lane
    Attorneys for Trustee

Copy of the foregoing mailed delivered via electronic notification

D. Lamar Hawkins, Esq.
AIKEN SCHENK HAWKINS & RICCIARDI PC
4742 North 24th Street, Suite 100,
Phoenix, AZ 85016
Email: dlh@ashrlaw.com
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

By /s/ Sheila Rochin